**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 13, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50390
_____

CHARLES EDWARD LINCOLN, III,
Individually and as next friend
of Charles Edward Lincoln, IV,

Plaintiff - Appellant,

versus

ELENA KOUREMBANA LINCOLN;
LAURIE J. NOWLIN; J. RANDALL
GRIMES; MICHAEL JERGINS, Honorable,

Defendants - Appellees.


_____

No. 04-50402
_____

CHARLES EDWARD LINCOLN, III,
Individually and as next friend
of Charles Edward Lincoln, IV,

Plaintiff - Appellant,

versus

WILLIAMSON COUNTY, TEXAS;
MICHAEL JERGINS, Honorable;
ELENA KOUREMBANA LINCOLN;
LAURIE J. NOWLIN; J. RANDALL
GRIMES,

Defendants - Appellees.
_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:03-CV-407-LY
_____

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

     After review of the proceedings below, the briefs and oral argument, we find no reason to disturb the judgments of the district court.  Accordingly, its judgments are

AFFIRMED.

---

    * Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.